| | |
|---|---|
| 1 | KEVIN V. RYAN (SBN 118321) |
|   | United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143) |
|   | Chief, Civil Division |
| 3 | OWEN P. MARTIKAN (SBN 177104) |
|   | Assistant United States Attorney |

450 Golden Gate Avenue, 10th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7241
Facsimile:  (415) 436-6748
Email: owen.martikan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JAMES MURRAY, | ) | No. C 04-3707 MMC |
|  | ) | **E-FILING CASE** |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER** |
|  | ) | **EXTENDING FACT DISCOVERY CUTOFF** |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

The parties hereby stipulate and respectfully request the Court to order that the fact discovery cutoff in this case be extended for 60 days, from the current fact discovery cutoff date of August 5, 2005 to October 4, 2005.  The reason for this stipulation is that plaintiff has requested an extension to make his initial disclosure and to answer defendant's initial discovery.  Further discovery on the defendant's part will not be possible until this initial discovery is answered and the initial disclosure is made.

STIPULATION TO EXTEND DISCOVERY CUTOFF
C 04-3707 MMC

1 | This extension will not affect any other deadlines in this case.

2

3 | DATED: June 16, 2005              So stipulated and respectfully submitted,

4 |                                    KEVIN V. RYAN
                                      United States Attorney
5

6

7 |                                    _____/s/_____
                                      OWEN P. MARTIKAN
                                      Assistant United States Attorney
8
                                      Attorneys for Defendant
9

10 |                                   LAW OFFICES OF C.L. KECK

11

12 |                                   _____
                                      MICHAEL S. KECK
13
                                      Attorneys for Plaintiff
14

15 |                    [~~PROPOSED~~] ORDER ON STIPULATION

16 | Pursuant to stipulation and for good cause shown, it is hereby ordered that the deadline for

17 | the completion of fact discovery in this case is extended until October 4, 2005.

18

19 | Dated:   June 17, 2005

                                      APPROVED
                                      Judge Maxine M. Chesney
20

21 |                                   _____
                                      HON. MAXINE M. CHESNEY
22                                    United States District Judge

23

24

25

26

27

28