KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    Facsimile:  (415) 436-6748
    Email: owen.martikan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES MURRAY, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br>     Defendant. ) <br> ———————————————— ) | No. C 04-3707 MMC <br> **E-FILING CASE** <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE AND DISCOVERY** |

    The parties hereby stipulate and respectfully request the Court to order that the expert disclosure date in this case be extended for 60 days, from the current expert disclosure date of August 26, 2005 to October 25, 2005. The expert discovery deadline would be extended from October 7, 2005 to December 6, 2005. The reason for this stipulation is that defendant received initial fact discovery from plaintiff during the last week of July, 2005, and will not take plaintiff's deposition until August 30. Defendant is now receiving responses to subpoenas for medical records that an expert would have to review to write a report. A medical examination of plaintiff has not yet been scheduled. Plaintiff's initial disclosure has not yet been made.

1   This extension will not affect any other deadlines in this case.

2

3   DATED: August 19, 2005                    So stipulated and respectfully submitted,

4                                             KEVIN V. RYAN
                                              United States Attorney
5

6
                                              ____/s/_____
7                                             OWEN P. MARTIKAN
                                              Assistant United States Attorney
8
                                              Attorneys for Defendant
9

10                                            LAW OFFICES OF C.L. KECK

11

12                                            ____/s/_____
                                              MICHAEL S. KECK
13
                                              Attorneys for Plaintiff
14

15                  [PROPOSED] ORDER ON STIPULATION

16      Pursuant to stipulation and for good cause shown, it is hereby ordered that the deadline for

17   expert disclosures in this case is extended until October 25, 2005, and the deadline for the

18   completion of expert discovery in this case is extended until December 6, 2005.

19   Dated:  August 19, 2005

20

21                                            _____
                                              HON. MAXINE M. CHESNEY
22                                            United States District Judge

23

24

25

26

27

28