KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    Facsimile:  (415) 436-6748
    Email: owen.martikan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES MURRAY, ) | No. C 04-3707 MMC |
| ) | **E-FILING CASE** |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE BY ONE WEEK** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    The parties hereby stipulate and respectfully request the Court to order that the next case management conference in this case be continued for one week, from the current date of October 28, 2005 to November 4, 2005.  The reason for this request is that counsel for defendant is set to appear at another case management conference before Judge Fogel on October 28 at the same time. Because plaintiffs' counsel for the case before Judge Fogel is flying in from Washington, D.C. for that conference, this conference is easier to reschedule.

STIPULATION TO CONTINUE CASE MANAGEMENT CONF.
C 04-3707 MMC

1     This extension will not affect any other deadlines in this case.

3   DATED: October 21, 2005        So stipulated and respectfully submitted,

4                                         KEVIN V. RYAN
United States Attorney

7                                         _____/s/_____
OWEN P. MARTIKAN
Assistant United States Attorney

Attorneys for Defendant

10                                         LAW OFFICES OF C.L. KECK

12                                         _____/s/_____
MICHAEL S. KECK

Attorneys for Plaintiff

15                          [~~PROPOSED~~] ORDER ON STIPULATION

16     Pursuant to stipulation and for good cause shown, it is hereby ordered that the case management conference currently set for October 28, 2005 at 10:30am is continued until December 9, 2005 ~~November 4, 2005,~~ at 10:30am.

19   Dated: October 24, 2005

                                          _____
HON. MAXINE M. CHESNEY
United States District Judge