```
KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    Facsimile:  (415) 436-6748

Attorneys for Defendant USA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES MURRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C 04-3707 MMC<br>**E-FILING CASE**<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT'S MOTION FOR ADMIN. RELIEF**<br><br>**Civil Local Rule No. 7-11** |

ORDER

Defendant the United States has moved the Court to reschedule the hearing on its motion for summary judgment, and the further case management conference in this case, to resolve a conflict with an oral argument before the Ninth Circuit. For good cause shown, the motion is GRANTED. The hearing on Defendant's motion for summary judgment and the further case management conference in this case will take place at  9:00  a.m. on December 16, 2005.

SO ORDERED.

Dated: November 15, 2005

_____
HON. MAXINE M. CHESNEY
United States District Judge

[PROPOSED] ORDER RE: CONTINUANCE
C 04-3707 MMC