UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MURRAY, | No. C-04-3707 MMC (EMC) |
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE** |
| UNITED STATES OF AMERICA, | |
| Defendant. _____/ | |

JOSEPH R. DOYLE, representative for Defendant United States Postal Service, thru its counsel Owen P. Martikan, United States Attorney's Office, requested on January 3, 2006 to be excused from personally appearing at the settlement conference scheduled for January 9, 2006. Plaintiff submitted its opposition on January 4, 2006.

Upon consideration of the request, the Court DENIES the request to excuse personal attendance. Therefore, it is hereby ORDERED that JOSEPH R. DOYLE appear at the settlement conference in person scheduled on January 9, 2006, at 10:00 a.m. Pacific Time.

IT IS SO ORDERED.

Dated: January 4, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge