United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES MURRAY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

No. C-04-3707 MMC

**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO FILE TRIAL EXHIBITS UNDER SEAL**

(Docket No. 49)

    Before the Court is defendant's motion, filed February 8, 2006, to file its trial exhibits under seal pending the Court's determination as to whether the exhibits should be treated as confidential at trial. Because trial exhibits are not filed until they are admitted at trial, defendant's motion is hereby DENIED as moot. Defendant's exhibits have been lodged with the Court, not filed, and will not be filed unless and until they are admitted at trial.

    This order terminates Docket No. 49.

    **IT IS SO ORDERED.**

Dated: February 15, 2006

MAXINE M. CHESNEY
United States District Judge