United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MURRAY, | No. C-04-3707 MMC |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE AS TO DEFENDANT ONLY** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. / | |

The Court is in receipt of defendant's response to the Court's February 15, 2006 order to show cause. Good cause appearing, the order to show cause is hereby DISCHARGED as to defendant only.

**IT IS SO ORDERED.**

Dated: February 17, 2006

MAXINE M. CHESNEY
United States District Judge