IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MURRAY, | No. C-04-3707 MMC |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The Court is in receipt of plaintiff's response to the Court's February 15, 2006 order to show cause. Good cause appearing, the order to show cause is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: February 24, 2006

MAXINE M. CHESNEY
United States District Judge