| | |
|---|---|
| 1 | KEVIN V. RYAN (SBN 118321) |
| | United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143) |
| | Chief, Civil Division |
| 3 | OWEN P. MARTIKAN (SBN 177104) |
| | Assistant United States Attorney |
| 4 | |
| | 450 Golden Gate Avenue, 9th Floor |
| 5 | San Francisco, California 94102-3495 |
| | Telephone: (415) 436-7241 |
| 6 | Facsimile:  (415) 436-6748 |
| | Email: owen.martikan@usdoj.gov |
| 7 | |
| | Attorneys for Defendant The United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JAMES MURRAY, | ) | No. C 04-3707 SC |
| | ) | **E-FILING CASE** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **SETTLEMENT STIPULATION AND** |
| | ) | **[PROPOSED] ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

SETTLEMENT STIPULATION
C 04-3707 SC

IT IS HEREBY STIPULATED by and between the undersigned parties and their attorneys, that the appeal in this action be settled and compromised, as follows:

1. Defendant shall waive its costs of trial as awarded herein.

2. Plaintiff shall dismiss with prejudice his appeal to the U.S. Court of Appeals for the Ninth Circuit in this matter, which appeal now carries Ninth Circuit Docket No. 06-16525.

3. Plaintiff agrees not to appeal or seek to modify the judgment entered herein.

IT IS SO STIPULATED.

**For Plaintiff James Murray.**                    LAW OFFICES OF MICHAEL KECK

DATED: __10/16/06_____        By:    ___/s/_____
                                      MICHAEL KECK

**For Defendant The United States of America.**
                                      KEVIN V. RYAN
                                      United States Attorney

DATED: ___10/16/06_____        By:    ___/s/_____
                                      OWEN P. MARTIKAN, AUSA

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: __ 12/19/06 _____                _____
                                         HON. SAMUEL CONTI

*IT IS SO ORDERED / Judge Samuel Conti*

SETTLEMENT STIPULATION
C 04-3707 SC                               2